Below is an order of the court.

*[signature]*
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>THEODORE LENALL COPELAND,<br><br>             Debtor. | Bankruptcy Case No.<br>08-45008-ELP |
| THEODORE L. COPELAND,<br><br>             Plaintiff,<br><br>   v.<br><br>EMIEL A. KANDI and his marital community, DIVERSIFIED FINANCIAL, INC., JASON M. WONG, and JUANITA C. KANDI,<br><br>             Defendants. | Adversary No. 10-04026-ELP<br><br>ORDER AND NOTICE OF HEARING ON DEFENDANTS' MOTION IN LIMINE |

    Defendants have filed motions in limine, seeking to prevent plaintiff from introducing evidence or calling witnesses not disclosed in initial disclosures under Fed. R. Civ. P. 26(a)(1).

    IT IS HEREBY ORDERED that the court will hold a hearing on the Motions in Limine on Thursday, July 8, 2010 at 11:00 a.m. through the

Page 1 -   ORDER AND NOTICE OF HEARING ON DEFENDANTS' MOTION IN LIMINE

Meet Me telephone system.  Instructions for the Meet Me system are attached.

    IT IS FURTHER ORDERED that, no later than 5:00 p.m. on Wednesday, July 7, 2010, defendants must file with the court and serve on plaintiff, a list of plaintiff's witnesses and exhibits that they seek to exclude, along with an explanation of the prejudice they claim from failure of plaintiff to disclose such witnesses and exhibits in accordance with Fed. R. Civ. P. 26(a)(1).

    If plaintiff wants defendants to send a copy of any documents they file on July 7, 2010 to plaintiff via email or facsimile, plaintiff shall immediately provide defendants with an email address or facsimile number.

###

cc:   Thomas P. Quinlan
      Jeffrey Kestle
      Theodore L. Copeland

Page 2 - ORDER AND NOTICE OF HEARING ON DEFENDANTS' MOTION IN LIMINE

# MEET-ME TELEPHONE INSTRUCTIONS

No later than the hearing time set in the hearing notice, all participants are required to call in and connect to the "MEET-ME" telephone hearing line at (503) 326-6337. When connected, enter the 3-digit *ID No.* "111" *followed by* the "#" key. Each participant must also comply with each hearing requirement listed below.

1. Do not call more than 5 minutes before this hearing
2. If you have problems connecting, call the court at either (503) 326-1510 for a PORTLAND office case or (541) 431-4005 for a EUGENE office case.
3. You must call in and connect to the "Meet-Me" telephone hearing line, no later than the hearing time contained in the hearing notice, or personally appear in the judge's courtroom. <u>The court will not call the parties</u>.
4. Do not use a speaker phone, cell phone or headset! You may be asked to call from another telephone if your phone causes static or has excessive background noise, etc., or the signal is weak or drops.
5. You must take all necessary steps to eliminate background noise, such as shutting the door, turning off music, not putting the court on hold if it will result in music or other noise, not talking to third parties, using a "Do Not Disturb" button so the telephone/intercom will not ring, positioning the telephone to minimize paper rustling, and keeping all nonparticipants in the room quiet.
6. Do not introduce yourself until the court calls your specific hearing. Simply stay on the line, even if there is only silence, until the judge appears, and then continue to listen quietly until your hearing is called.
7. Whenever speaking, you must first identify yourself.
8. Do not be late. The judge will handle late calls the same as (s)he would a late appearance in court. If the case has already been called, the judge will likely decline to revisit any decision that was made when the case was called. Failure of the movant/plaintiff to appear at the scheduled time may result in denial of the relief requested,