HONORABLE ELIZABETH L. PERRIS
Chapter 13 Proceeding
Tacoma, WA

UNITED STATES BANKRUPTCY COURT
DISTRICT OF WESTERN WASHINGTON

| | |
|---|---|
| In re:<br><br>THEODORE L. COPELAND,<br><br>Debtor,<br><br>THEODORE L. COPELAND,<br><br>Plaintiff,<br><br>vs.<br><br>EMIEL A. KANDI and his marital community; DIVERSIFIED FINANCIAL, INC.; JASON M. WONG; and JUANITA C. KANDI,<br><br>Defendants. | CASE NO. 08-45008<br>Chapter 13<br><br>ADVERSARY NO. 10-4026<br><br>**DEFENDANT JASON WONG'S OBJECTIONS TO PLAINTIFF'S AMENDED EXHIBITS LIST** |

Pursuant to this Court's April 8, 2010, Scheduling Order and Fed. R. Civ. P. 26(a)(3)(B), defendant Jason Wong submits the following objections to Plaintiff's Amended Exhibits List (Dkt. #77):

DEFENDANT JASON WONG'S OBJECTIONS TO PLAINTIFF'S AMENDED
EXHIBITS LIST – PAGE 1

471713 / 700.0032

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

Case 10-04026-ELP   Doc 83   Filed 07/07/10   Entered 07/07/10 10:05:23   Page 1 of 9

| No. | Date | Description | Objection |
|---|---|---|---|
| 1. | 6/28/10 | Superior Court case No. 08-2-13603-1 Case summary | Federal Rules of Evidence 802 (hearsay) and 901 (authenticity). In addition, plaintiff has not provided a copy of this document or adequately described it. Defendant Wong reserves the right to make additional objections to this document after he has the opportunity to review it. |
| 2. | 10/17/08 | Case No. 08-2-13603-1: MOTION TO SET ASIDE DECLARATION | Federal Rules of Evidence 802 (hearsay) and 901 (authenticity) |
| 3. | 10/31/08 | Case No. 08-2-13603-1: AFFIDAVIT/DECLARATION OF SERVICE | Federal Rules of Evidence 802 (hearsay) and 901 (authenticity) |
| 4. | 11/03/08 | Case No. 08-2-13603-1: DECLARATION OF EMIEL KANDI | Federal Rule of Evidence 802 (hearsay), 901 (authenticity), and 402 (relevance) |
| 5. | 11/03/08 | Case No. 08-2-13603-1: DECLARATION OF MARLA SPENCER | Federal Rules of Evidence 802 (hearsay), 901 (authenticity), and 402 (relevance) |
| 6. | 11/03/08 | Case No. 08-2-13603-1: DECLARATION OF JASON WONG | Federal Rules of Evidence 802 (hearsay), 901 (authenticity), and 402 (relevance) |
| 7. | 11/12/08 | Case No. 08-2-13603-1: DECLARATION OF MARTIN BURNS | Federal Rules of Evidence 802 (hearsay), 901 (authenticity), and 402 (relevance) |
| 8. | 11/12/08 | Case No. 08-2-13603-1: DECLARATION OF KLAUS ELLIOT | Federal Rules of Evidence 802 (hearsay) and 901 (authenticity) |
| 9. | 11/19/08 | Case No. 08-2-13603-1: RESPONSE IN OPPOSITION | Federal Rules of Evidence 402 and 403 objections reserved for trial |
| 10. | 11/19/08 | Case No. 08-2-13603-1: DECLARATION OF EMIEL KANDI | Federal Rules of Evidence 802 (hearsay) and 901 (authenticity) |
| 11. | 5/13/09 | Case No. 08-2-13603-1: MOTION FOR PARTIAL SUMMARY JUDGMENT | Federal Rules of Evidence 402 and 403 objections reserved for trial |
| 12. | 5/13/09 | Case No. 08-2-13603-1: DECLARATION OF EMIEL KANDI | Federal Rules of Evidence 802 (hearsay), 901 (authenticity), and 402 (relevance) |
| 13. | 5/13/09 | Case No. 08-2-13603-1: DECLARATION OF JASON WONG | Federal Rules of Evidence 802 (hearsay) and 402 (relevance) |

DEFENDANT JASON WONG'S OBJECTIONS TO PLAINTIFF'S AMENDED EXHIBITS LIST – PAGE 2

471713 / 700.0032

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

Case 10-04026-ELP    Doc 83    Filed 07/07/10    Entered 07/07/10 10:05:23    Page 2 of 9

| No. | Date | Description | Objection |
|---|---|---|---|
| 14. | 6/01/09 | Case No. 08-2-13603-1: RESPONSE IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT | Federal Rules of Evidence 802 (hearsay), 901 (authenticity), and 402 (relevance) |
| 15. | 6/01/09 | Case No. 08-2-13603-1: DECLARATION OF MARTIN BURNS IN OPPOSITION TO MOTION | Federal Rules of Evidence 802 (hearsay), 901 (authenticity), and 402 (relevance) |
| 16. | 6/01/09 | Case No. 08-2-13603-1: DECLARATION OF DONNA CANTY | Federal Rules of Evidence 802 (hearsay), 901 (authenticity), and 402 (relevance) |
| 17. | 6/01/09 | Case No. 08-2-13603-1: DECLARATION OF JEFFERSON F MARSH JR | Federal Rules of Evidence 802 (hearsay), 901 (authenticity), and 402 (relevance) |
| 18. | 6/01/09 | Case No. 08-2-13603-1: DECLARATION OF DENISE L LOPEZ | Federal Rules of Evidence 802 (hearsay), 901 (authenticity), and 402 (relevance) |
| 19. | 6/01/09 | Case No. 08-2-13603-1: DECLARATION OF THEODORE LENALL COPELAND | Federal Rules of Evidence 802 (hearsay), 901 (authenticity), and 402 (relevance) |
| 20. | 6/03/09 | Case No. 08-2-13603-1: DECLARATION OF MARTIN BURNS IN SUPPORT OF MOTION TO RESTRAIN | Federal Rule of Evidence 802 (hearsay), 901 (authenticity), and 402 (relevance) |
| 21. | 6/08/09 | Case No. 08-2-13603-1: REPLY | Federal Rule of Evidence 402 (relevance) |
| 22. | 6/08/09 | Case No. 08-2-13603-1: DECLARATION OF EMIEL KANDI | Federal Rules of Evidence 802 (hearsay), 901 (authenticity), and 402 (relevance) |
| 23. | 6/08/09 | Case No. 08-2-13603:1: DECLARATION OF JASON WONG | Federal Rules of Evidence 802 (hearsay) and 402 (relevance) |
| 24. | 6/10/09 | Case No. 08-2-13603-1: MEMORANDUM IN OPPOSITION | Federal Rules of Evidence 402 and 403 objections reserved for trial |
| 25. | 9/2/09 | Case No. 08-2-13603-1: MOTION FOR PARTIAL SUMMARY JUDGMENT | Federal Rule of Evidence 402 (relevance) |

DEFENDANT JASON WONG'S OBJECTIONS TO PLAINTIFF'S AMENDED EXHIBITS LIST – PAGE 3

471713 / 700.0032

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

Case 10-04026-ELP   Doc 83   Filed 07/07/10   Entered 07/07/10 10:05:23   Page 3 of 9

| No. | Date | Description | Objection |
|---|---|---|---|
| 26. | 9/2/09 | Case No. 08-2-13603-1: DECLARATION OF JUANITA KANDI | Federal Rules of Evidence 802 (hearsay), 901 (authenticity), and 402 (relevance) |
| 27. | 10/20/09 | Case No. 08-2-13603-1: NOTICE OF ABSENCE/UNAVAILABILITY | Federal Rules of Evidence 802 (hearsay) and 402 (relevance) |
| 28. | 4/21/10 | NOTICE OF TRUSTEE SALE | Federal Rules of Evidence 802 (hearsay), 901 (authenticity), and 402 (relevance). In addition, plaintiff has not provided a copy of this document or adequately described it. Defendant Wong reserves the right to make additional objections to this document after he has the opportunity to review it. |
| 29. | 4/05/06 | WATER WELL REPORT | Federal Rules of Evidence 802 (hearsay), 901 (authenticity), and 402 (relevance). In addition, plaintiff has not provided a copy of this document or adequately described it. Defendant Wong reserves the right to make additional objections to this document after he has the opportunity to review it. |
| 30. | 8/07/08 | REAL ESTATE CONTRACT | Federal Rules of Evidence 802 (hearsay), 901 (authenticity), and 402 (relevance). In addition, plaintiff has not provided a copy of this document or adequately described it. Defendant Wong reserves the right to make additional objections to this document after he has the opportunity to review it. |
| 31. | 9/08/08 | EXCISE TAX AFFIDAVIT | Federal Rules of Evidence 802 (hearsay), 901 (authenticity), and 402 (relevance). In addition, plaintiff has not provided a copy of this document or adequately described it. Defendant Wong reserves the right to make additional objections to this document after he has the opportunity to review it. |

DEFENDANT JASON WONG'S OBJECTIONS TO PLAINTIFF'S AMENDED EXHIBITS LIST – PAGE 4

471713 / 700.0032

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

Case 10-04026-ELP   Doc 83   Filed 07/07/10   Entered 07/07/10 10:05:23   Page 4 of 9

| No. | Date | Description | Objection |
|---|---|---|---|
| 32. | 9/30/08 | EXCISE TAX AFFIDAVIT | Federal Rules of Evidence 802 (hearsay), 901 (authenticity), and 402 (relevance). In addition, plaintiff has not provided a copy of this document or adequately described it. Defendant Wong reserves the right to make additional objections to this document after he has the opportunity to review it. |
| 33. | 1/15/09 | EXCISE TAX AFFIDAVIT | Federal Rules of Evidence 802 (hearsay), 901 (authenticity), and 402 (relevance). In addition, plaintiff has not provided a copy of this document or adequately described it. Defendant Wong reserves the right to make additional objections to this document after he has the opportunity to review it. |
| 34. | 7/22/08 | DEED OF TRUST | Federal Rules of Evidence 802 (hearsay), 901 (authenticity), and 402 (relevance). In addition, plaintiff has not provided a copy of this document or adequately described it. Defendant Wong reserves the right to make additional objections to this document after he has the opportunity to review it. |
| 35. | 9/18/08 | EXCISE TAX AFFIDAVIT | Federal Rules of Evidence 802 (hearsay), 901 (authenticity), and 402 (relevance). In addition, plaintiff has not provided a copy of this document or adequately described it. Defendant Wong reserves the right to make additional objections to this document after he has the opportunity to review it. |

DEFENDANT JASON WONG'S OBJECTIONS TO PLAINTIFF'S AMENDED
EXHIBITS LIST – PAGE 5

471713 / 700.0032

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

Case 10-04026-ELP   Doc 83   Filed 07/07/10   Entered 07/07/10 10:05:23   Page 5 of 9

| No. | Date | Description | Objection |
|---|---|---|---|
| 36. | 11/13/08 | DEED OF TRUST | Federal Rules of Evidence 802 (hearsay), 901 (authenticity), and 402 (relevance). In addition, plaintiff has not provided a copy of this document or adequately described it. Defendant Wong reserves the right to make additional objections to this document after he has the opportunity to review it. |
| 37. | 8/11/09 | Case No. 08-45008: Exhibit A of MOTION TO CLARIFY (Wongs Bar suspension) | Federal Rules of Evidence 802 (hearsay), 901 (authenticity), and 402 (relevance) |
| 38. | 8/11/09 | Case No. 08-45008: Exhibit B of MOTION TO CLARIFY (Emiel Ali Kandi's Corporations) | Federal Rules of Evidence 802 (hearsay), 901 (authenticity), and 402 (relevance) |
| 39. | 9/04/09 | Return to sender mail (D Street Marina) | Federal Rules of Evidence 802 (hearsay), 901 (authenticity), and 402 (relevance). In addition, plaintiff has not provided a copy of this document or adequately described it. Defendant Wong reserves the right to make additional objections to this document after he has the opportunity to review it. |
| 40. | 3/16/10 | Case No. 08-45008: Partial transcript of 9/09/09 digitally recorded hearing | Incomplete document |
| 41. | 8/12/09 | Case No. 08-45008 DECLARATION OF THEODORE L. COPELAND | Federal Rules of Evidence 802 (hearsay), 901 (authenticity), and 402 (relevance) |
| 42. | 1/29/10 | Case no. 10-04026: COMPLAINT | Federal Rules of Evidence 802 (hearsay) and 402 (relevance) |
| 43. | 6/28/10 | King County case no. 09-2-25191-6 (Provost v. Kandi): CASE SUMMARY | Federal Rules of Evidence 802 (hearsay), 901 (authenticity), and 402 (relevance) |
| 44. | 7/06/09 | King County case no. 09-2-25191-6 (Provost v. Kandi): COMPLAINT | Federal Rule of Evidence 802 (hearsay), 901 (authenticity), and 402 (relevance) |
| 45. | 3/16/10 | King County case no. 09-2-25191-6 (Provost v. Kandi): DECLARATION OF LEN COPELAND | Federal Rules of Evidence 802 (hearsay), 901 (authenticity), and 402 (relevance) |

DEFENDANT JASON WONG'S OBJECTIONS TO PLAINTIFF'S AMENDED EXHIBITS LIST -- PAGE 6

471713 / 700.0032

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

Case 10-04026-ELP    Doc 83    Filed 07/07/10    Entered 07/07/10 10:05:23    Page 6 of 9

| No. | Date | Description | Objection |
|-----|------|-------------|-----------|
| 46. | 5/30/10 | King County case no. 09-2-25191-6 (Provost v. Kandi): JUDGEMENT | Federal Rules of Evidence 802 (hearsay), 901 (authenticity), and 402 (relevance) |
| 47. | 9/06/07 | Pierce County case No. 06-2-11086-8 (DALAL AL-SAUD v. DIVERSIFIED FINANCIAL): COMPLAINT | Federal Rules of Evidence 802 (hearsay), 901 (authenticity), and 402 (relevance) |
| 48. | 8/11/09 | Pierce County case No. 08-2-0790-2 (RIDLEY v. KANDI): COMPLAINT | Federal Rules of Evidence 802 (hearsay), 901 (authenticity), and 402 (relevance) |
| 49. | 1/29/10 | Case No. 10-04026: COMPLAINT | Federal Rules of Evidence 802 (hearsay) and 402 (relevance) |
| 50. | 6/28/10 | Pierce County case No. 09-2-11247-4 (MARSH v. Kandi) CASE SUMMARY | Federal Rules of Evidence 802 (hearsay), 901 (authenticity), and 402 (relevance) |
| 51. | 7/16/09 | Pierce County case No. 09-2-04683-8 (MARSH v. Kandi): COMPLAINT | Federal Rules of Evidence 802 (hearsay), 901 (authenticity), and 402 (relevance) |
| 52. | 1/13/09 | Pierce County case No.: 09-2-11247-4 (MARTIN v. Kandi) COMPLAINT | Federal Rules of Evidence 802 (hearsay), 901 (authenticity), and 402 (relevance) |
| 53. | 5/14/10 | Letter from Emiel Kandi to David Leen | Federal Rules of Evidence 802 (hearsay), 901 (authenticity), and 402 (relevance). |
| 54. | 6/28/10 | LINX NAME SEARCH OF DEFENDANTS KANDI | Federal Rules of Evidence 802 (hearsay), 901 (authenticity), and 402 (relevance) |
| 55. | 6/15/10 | DECLARATION OF LEE HERMANN | Federal Rules of Evidence 802 (hearsay), 901 (authenticity), and 402 (relevance). In addition, plaintiff has not provided a copy of this document or adequately described it. Defendant Wong reserves the right to make additional objections to this document after he has the opportunity to review it. |
| 56. | 2/08/10 | JUANITA KANDI'S ANSWERS TO INTERROGATORIES FROM STATE COURT CASE | Federal Rules of Evidence 802 (hearsay), 901 (authenticity), and 402 (relevance) |
| 57. | 9/17/09 | Sprint cell phone records for no. (253) 405-6844 | Federal Rules of Evidence 802 (hearsay), 901 (authenticity), and 402 (relevance) |

DEFENDANT JASON WONG'S OBJECTIONS TO PLAINTIFF'S AMENDED EXHIBITS LIST – PAGE 7

471713 / 700.0032

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

Case 10-04026-ELP   Doc 83   Filed 07/07/10   Entered 07/07/10 10:05:23   Page 7 of 9

| No. | Date | Description | Objection |
|---|---|---|---|
| 58. | 3/17/10 | Qwest land line records for no. (253) 565-7700 | Federal Rules of Evidence 802 (hearsay), 901 (authenticity), and 402 (relevance) |
| 59. | 2/01/06 | Internet Blog post by Emiel Kandi | Federal Rules of Evidence 802 (hearsay), 901 (authenticity), and 402 (relevance) |

Defendant Wong reserves the right to make objections at trial to any the exhibits pursuant to Federal Rules of Evidence 402 and 403.

DATED this 7th day of July, 2010.

FORSBERG & UMLAUF, P.S.

By: _____
Terrence J. Cullen, WSBA #12554
Jeffrey T. Kestle, WSBA #29648
Attorneys for Defendant Jason M. Wong

DEFENDANT JASON WONG'S OBJECTIONS TO PLAINTIFF'S AMENDED EXHIBITS LIST – PAGE 8

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

471713 / 700.0032

Case 10-04026-ELP   Doc 83   Filed 07/07/10   Entered 07/07/10 10:05:23   Page 8 of 9

# CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing DEFENDANT JASON WONG'S OBJECTIONS TO CERTAIN EXHIBITS IDENTIFIED IN PLAINTIFF'S TRIAL EXHIBIT LISTS on the following individuals in the manner indicated:

Mr. Theodore L. Copeland
12411 Beverly Ct. S.W. #6-1
Lakewood, WA 98499
( ) Via U.S. Mail
( ) Via Facsimile
(X) Via Hand Delivery
( ) Via ECF

Mr. Thomas P. Quinlan, II
Miller, Quinlan & Auter, P.S.
1019 Regents Blvd., Suite 204
Fircrest, WA 98466
Facsimile: 1-253-564-5007
( ) Via U.S. Mail
( ) Via Facsimile
( ) Via Hand Delivery
(X) Via ECF

SIGNED this 7th day of July, 2010, at Seattle, Washington.

JeannieBeth O. Asuncion

DEFENDANT JASON WONG'S OBJECTIONS TO PLAINTIFF'S AMENDED EXHIBITS LIST – PAGE 9

471713 / 700.0032

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX