1

2

3

4

5

6
HONORABLE ELIZABETH L. PERRIS
CHAPTER 13
TACOMA, WA
**TRIAL DATE: JULY 14, 2010**

7

8
UNITED STATES BANKRUPTCY COURT
DISTRICT OF WESTERN WASHINGTON, AT TACOMA
9

10
In re:

CASE NO. 08-45008 ELP

11
THEODORE L. COPELAND,

ADVERSARY NO. 10-04026 ELP

12
Debtor,

13
**OBJECTIONS OF
DEFENDANTS JUANITA C.
KANDI, EMIEL A. KANDI and
DIVERSIFIED FINANCIAL,
INC. TO PLAINTIFF'S
AMENDED EXHIBITS LIST**

14
THEODORE L. COPELAND,

15
Plaintiff,

16
vs.

17
EMIEL A. KANDI and his marital community;
DIVERSIFIED FINANCIAL, INC.; JASON M.
WONG; and JUANITA C. KANDI,

18

19
Defendants.

20

21

22
OBJECTIONS OF DEFENDANTS
JUANITA C. KANDI, EMIEL A. KANDI
and DIVERSIFIED FINANCIAL, INC.
TO PLAINTIFF'S AMENDED
EXHIBITS LIST - 1 –

23

MILLER, QUINLAN & AUTER, P.S., INC.
1019 Regents Blvd., Suite 204
Fircrest, WA 98466
Telephone: (253) 565-5019
Fax: (253) 564-5007

24

25

26

COMES NOW Defendants Kandi(s) and Diversified Financial, Inc., by and through their attorney of record, Thomas P. Quinlan and the law firm of Miller, Quinlan & Auter, P.S., Inc. and hereby object to Plaintiff's Trial Exhibit List and *Amended* Trial Exhibits List as follows:

| Exhibit | Title or Description | Objection |
|---------|---------------------|-----------|
| 1 | Superior Court case No. 08-2-13603-1 case summary | FED. R. EVID. 402-lacks relevance; FED. R. EVID 403-prejudicial, confusion of issues, waste of time; FED. R. EVID 802-Hearsay; FED. R. EVID 902-Lacks self authentication |
| 2 | Case No. 08-2-13603-1: Motion to Set Aside Declaration | FED. R. EVID. 402-lacks relevance; FED. R. EVID 403-prejudicial, confusion of issues, waste of time; FED. R. EVID 802-Hearsay; FED. R. EVID 902-Lacks self authentication |
| 3 | Case No. 08-2-13603-1: Affidavit/Declaration of Service | FED. R. EVID. 402-lacks relevance; FED. R. EVID 403-prejudicial, confusion of issues, waste of time; FED. R. EVID 802-Hearsay; FED. R. EVID 902-Lacks self authentication |
| 4 | Case No. 08-2-13603-1: Declaration of Emiel Kandi | FED. R. EVID. 402-lacks relevance; FED. R. EVID 403-prejudicial, confusion of issues, waste of time; FED. R. EVID 802-Hearsay; FED. R. EVID 902-Lacks self authentication |
| 5 | Case No. 08-2-13603-1: Declaration of Marla Spencer | FED. R. EVID 402-lacks relevance; FED. R. EVID 403-prejudicial, confusion of issues, waste of time; FED. R. EVID 802- |

OBJECTIONS OF DEFENDANTS
JUANITA C. KANDI, EMIEL A. KANDI
and DIVERSIFIED FINANCIAL, INC.
TO PLAINTIFF'S AMENDED
EXHIBITS LIST - 2 –

MILLER, QUINLAN & AUTER, P.S., INC.
1019 Regents Blvd., Suite 204
Fircrest, WA 98466
Telephone: (253) 565-5019
Fax: (253) 564-5007

| | | | Hearsay; FED. R. EVID 902-Lacks self authentication |
|---|---|---|---|
| 6 | Case No. 08-2-13603-1: Declaration of Jason Wong | | FED. R. EVID 402-lacks relevance; FED. R. EVID 403-prejudicial, confusion of issues, waste of time; FED. R. EVID 802-Hearsay; FED. R. EVID 902-Lacks self authentication |
| 7 | Case No. 08-2-13603-1: Declaration of Martin Burns | | FED. R. EVID 402-lacks relevance; FED. R. EVID 403-prejudicial, confusion of issues, waste of time; FED. R. EVID 802-Hearsay; FED. R. EVID 902-Lacks self authentication |
| 8 | Case No. 08-2-13603-1: Declaration of Klaus Elliot | | FED. R. EVID 402-lacks relevance; FED. R. EVID 403-prejudicial, confusion of issues, waste of time; FED. R. EVID 802-Hearsay; FED. R. EVID 902-Lacks self authentication |
| 9 | Case No. 08-2-13603-1: Response in Opposition | | FED. R. EVID 402-lacks relevance; FED. R. EVID 403-prejudicial, confusion of issues, waste of time; FED. R. EVID 802-Hearsay; FED. R. EVID 902-Lacks self authentication |
| 10 | Case No. 08-2-13603-1: Declaration of Emiel Kandi | | FED. R. EVID 402-lacks relevance; FED. R. EVID 403-prejudicial, confusion of issues, waste of time; FED. R. EVID 802-Hearsay; FED. R. EVID 902-Lacks self authentication |
| 11 | Case No. 08-2-13603-1: Motion for Partial Summary Judgment | | FED. R. EVID 402-lacks relevance; FED. R. EVID 403-prejudicial, confusion of issues, waste of time; FED. R. EVID 802-Hearsay; FED. R. EVID 902-Lacks self authentication |

OBJECTIONS OF DEFENDANTS
JUANITA C. KANDI, EMIEL A. KANDI
and DIVERSIFIED FINANCIAL, INC.
TO PLAINTIFF'S AMENDED
EXHIBITS LIST - 3 –

MILLER, QUINLAN & AUTER, P.S., INC.
1019 Regents Blvd., Suite 204
Fircrest, WA 98466
Telephone: (253) 565-5019
Fax: (253) 564-5007

| 12 | Case No. 08-2-13603-1: Declaration of Emiel Kandi | FED. R. EVID 402-lacks relevance; FED. R. EVID 403-prejudicial, confusion of issues, waste of time; FED. R. EVID 802-Hearsay; FED. R. EVID 902-Lacks self authentication |
|---|---|---|
| 13 | Case No. 08-2-13603-1: Declaration of Jason Wong | FED. R. EVID 402-lacks relevance; FED. R. EVID 403-prejudicial, confusion of issues, waste of time; FED. R. EVID 802-Hearsay; FED. R. EVID 902-Lacks self authentication |
| 14 | Case No. 08-2-13603-1: Response in Opposition to Motion for Summary Judgment | FED. R. EVID 402-lacks relevance; FED. R. EVID 403-prejudicial, confusion of issues, waste of time; FED. R. EVID 802-Hearsay; FED. R. EVID 902-Lacks self authentication |
| 15 | Case No. 08-2-13603-1: Declaration of Martin Burns in Opposition to Motion | FED. R. EVID 402-lacks relevance; FED. R. EVID 403-prejudicial, confusion of issues, waste of time; FED. R. EVID 802-Hearsay; FED. R. EVID 902-Lacks self authentication |
| 16 | Case No. 08-2-13603-1: Declaration of Donna Canty | FED. R. EVID 402-lacks relevance; FED. R. EVID 403-prejudicial, confusion of issues, waste of time; FED. R. EVID 802-Hearsay; FED. R. EVID 902-Lacks self authentication; FED. R. EVID 404-character |
| 17 | Case No. 08-2-13603-1: Jefferson F. Marsh, Jr. | FED. R. EVID 402-lacks relevance; FED. R. EVID 403-prejudicial, confusion of issues, waste of time; FED. R. EVID 802-Hearsay; FED. R. EVID 902-Lacks self authentication; FED. R. EVID 404-character |

OBJECTIONS OF DEFENDANTS
JUANITA C. KANDI, EMIEL A. KANDI
and DIVERSIFIED FINANCIAL, INC.
TO PLAINTIFF'S AMENDED
EXHIBITS LIST - 4 –

MILLER, QUINLAN & AUTER, P.S., INC.
1019 Regents Blvd., Suite 204
Fircrest, WA 98466
Telephone: (253) 565-5019
Fax: (253) 564-5007

| 18 | Case No. 08-2-13603-1: Declaration of Denise Lopez | Fed. R. Evid 402-lacks relevance; Fed. R. Evid 403-prejudicial, confusion of issues, waste of time; Fed. R. Evid 802-Hearsay; Fed. R. Evid 902-Lacks self authentication; Fed. R. Evid 404-character |
|----|----|----|
| 19 | Case No. 08-2-13603-1: Declaration of Theodore Lenall Copeland | Fed. R. Evid 402-lacks relevance; Fed. R. Evid 403-prejudicial, confusion of issues, waste of time; Fed. R. Evid 802-Hearsay; Fed. R. Evid 902-Lacks self authentication; Fed. R. Evid 404-character |
| 20 | Case No. 08-2-13603-1: Declaration of Martin Burns in Support of Motion to Restrain | Fed. R. Evid 402-lacks relevance; Fed. R. Evid 403-prejudicial, confusion of issues, waste of time; Fed. R. Evid 802-Hearsay; Fed. R. Evid 902-Lacks self authentication |
| 21 | Case No. 08-2-13603-1: Reply | Fed. R. Evid 402-lacks relevance; Fed. R. Evid 403-prejudicial, confusion of issues, waste of time; Fed. R. Evid 802-Hearsay; Fed. R. Evid 902-Lacks self authentication |
| 22 | Case No. 08-2-13603-1: Declaration of Emiel Kandi | Fed. R. Evid 402-lacks relevance; Fed. R. Evid 403-prejudicial, confusion of issues, waste of time; Fed. R. Evid 802-Hearsay; Fed. R. Evid 902-Lacks self authentication |
| 23 | Case No. 08-2-13603-1: Declaration of Jason Wong | Fed. R. Evid 402-lacks relevance; Fed. R. Evid 403-prejudicial, confusion of issues, waste of time; Fed. R. Evid 802-Hearsay; Fed. R. Evid 902-Lacks self authentication |

OBJECTIONS OF DEFENDANTS
JUANITA C. KANDI, EMIEL A. KANDI
and DIVERSIFIED FINANCIAL, INC.
TO PLAINTIFF'S AMENDED
EXHIBITS LIST - 5 –

MILLER, QUINLAN & AUTER, P.S., INC.
1019 Regents Blvd., Suite 204
Fircrest, WA 98466
Telephone: (253) 565-5019
Fax: (253) 564-5007

| | | |
|---|---|---|
| 24 | Case No. 08-2-13603-1: Memorandum in Opposition | FED. R. EVID 402-lacks relevance; FED. R. EVID 403-prejudicial, confusion of issues, waste of time; FED. R. EVID 802-Hearsay; FED. R. EVID 902-Lacks self authentication |
| 25 | Case No. 08-2-13603-1: Motion for Partial Summary Judgment | FED. R. EVID 402-lacks relevance; FED. R. EVID 403-prejudicial, confusion of issues, waste of time; FED. R. EVID 802-Hearsay; FED. R. EVID 902-Lacks self authentication |
| 26 | Case No. 08-2-13603-1: Declaration of Juanita Kandi | FED. R. EVID 402-lacks relevance; FED. R. EVID 403-prejudicial, confusion of issues, waste of time; FED. R. EVID 802-Hearsay; FED. R. EVID 902-Lacks self authentication |
| 27 | Case No. 08-2-13603-1: Notice of Absence/Unavailability | FED. R. EVID 402-lacks relevance; FED. R. EVID 403-prejudicial, confusion of issues, waste of time; FED. R. EVID 802-Hearsay; FED. R. EVID 902-Lacks self authentication |
| 28 | Notice of Trustee Sale | FED. R. EVID 402-lacks relevance; FED. R. EVID 403-prejudicial, confusion of issues, waste of time; FED. R. EVID 802-Hearsay; FED. R. EVID 902-Lacks self authentication |
| 29 | Water Well Report | FED. R. EVID 402-lacks relevance; FED. R. EVID 403-prejudicial, confusion of issues, waste of time; FED. R. EVID 802-Hearsay; FED. R. EVID 902-Lacks self authentication |
| 30 | Real Estate Contract | FED. R. EVID 402-lacks relevance; FED. R. EVID 403- |

OBJECTIONS OF DEFENDANTS
JUANITA C. KANDI, EMIEL A. KANDI
and DIVERSIFIED FINANCIAL, INC.
TO PLAINTIFF'S AMENDED
EXHIBITS LIST - 6 –

MILLER, QUINLAN & AUTER, P.S., INC.
1019 Regents Blvd., Suite 204
Fircrest, WA 98466
Telephone: (253) 565-5019
Fax: (253) 564-5007

| | | | |
|---|---|---|---|
| | | | prejudicial, confusion of issues, waste of time; FED. R. EVID 802-Hearsay; FED. R. EVID 902-Lacks self authentication |
| | 31 | Excise Tax Affidavit | FED. R. EVID 402-lacks relevance; FED. R. EVID 403-prejudicial, confusion of issues, waste of time; FED. R. EVID 802-Hearsay; FED. R. EVID 902-Lacks self authentication |
| | 32 | Excise Tax Affidavit | FED. R. EVID 402-lacks relevance; FED. R. EVID 403-prejudicial, confusion of issues, waste of time; FED. R. EVID 802-Hearsay; FED. R. EVID 902-Lacks self authentication |
| | 33 | Excise Tax Affidavit | FED. R. EVID 402-lacks relevance; FED. R. EVID 403-prejudicial, confusion of issues, waste of time; FED. R. EVID 802-Hearsay; FED. R. EVID 902-Lacks self authentication |
| | 34 | Deed of Trust | FED. R. EVID 402-lacks relevance; FED. R. EVID 403-prejudicial, confusion of issues, waste of time; FED. R. EVID 802-Hearsay; FED. R. EVID 902-Lacks self authentication |
| | 35 | Excise Tax Affidavit | FED. R. EVID 402-lacks relevance; FED. R. EVID 403-prejudicial, confusion of issues, waste of time; FED. R. EVID 802-Hearsay; FED. R. EVID 902-Lacks self authentication |
| | 36 | Deed of Trust | FED. R. EVID 402-lacks relevance; FED. R. EVID 403-prejudicial, confusion of issues, waste of time; FED. R. EVID 802- |

OBJECTIONS OF DEFENDANTS
JUANITA C. KANDI, EMIEL A. KANDI
and DIVERSIFIED FINANCIAL, INC.
TO PLAINTIFF'S AMENDED
EXHIBITS LIST - 7 –

MILLER, QUINLAN & AUTER, P.S., INC.
1019 Regents Blvd., Suite 204
Fircrest, WA 98466
Telephone: (253) 565-5019
Fax: (253) 564-5007

| | | | Hearsay; FED. R. EVID 902- Lacks self authentication |
|---|---|---|---|
| | 37 | Case No. 08-45008: Exhibit A of Motion to Clarify (Wongs Bar suspension) | FED. R. EVID 402-lacks relevance; FED. R. EVID 802- Hearsay; FED. R. EVID 902-Lacks self authentication |
| | 38 | Case no. 08-45008: Exhibit B of Motion to Clarify (Emiel Ali Kandi's Corporations) | FED. R. EVID 402-lacks relevance; FED. R. EVID 403- prejudicial, confusion of issues, waste of time; FED. R. EVID 802- Hearsay |
| | 39 | Return to sender mail (D Street Marina) | FED. R. EVID 402-lacks relevance; FED. R. EVID 403- prejudicial, confusion of issues, waste of time; FED. R. EVID 802- Hearsay; FED. R. EVID 902- Lacks self authentication |
| | 40 | Case no. 08-45008: Partial transcript of 9/09/09 digitally recorded hearing | Incomplete document |
| | 41 | Case no. 08-45008: Declaration of Theodore L. Copeland | FED. R. EVID 402-lacks relevance; FED. R. EVID 403- prejudicial, confusion of issues, waste of time; FED. R. EVID 802- Hearsay; FED. R. EVID 902- Lacks self authentication |
| | 42 | Case no. 10-04026: Complaint | FED. R. EVID 402-lacks relevance |
| | 43 | King County case no. 09-2-25191-6 (Provost v. Kandi): Case Summary | FED. R. EVID 402-lacks relevance; FED. R. EVID 403- prejudicial, confusion of issues, waste of time; FED. R. EVID 802- Hearsay; FED. R. EVID 902- Lacks self authentication |
| | 44 | King County case no. 09-2-25191-6 (Provost v. Kandi): Complaint | FED. R. EVID 402-lacks relevance; FED. R. EVID 403- prejudicial, confusion of issues, waste of time; FED. R. EVID 802- Hearsay; FED. R. EVID 902- |

OBJECTIONS OF DEFENDANTS
JUANITA C. KANDI, EMIEL A. KANDI
and DIVERSIFIED FINANCIAL, INC.
TO PLAINTIFF'S AMENDED
EXHIBITS LIST - 8 –

MILLER, QUINLAN & AUTER, P.S., INC.
1019 Regents Blvd., Suite 204
Fircrest, WA 98466
Telephone: (253) 565-5019
Fax: (253) 564-5007

| | | | Lacks self authentication |
|---|---|---|---|
| 45 | King County case no. 09-2-25191-6 (Provost v. Kandi): Declaration of Len Copeland | | FED. R. EVID 402-lacks relevance; FED. R. EVID 403-prejudicial, confusion of issues, waste of time; FED. R. EVID 802-Hearsay; FED. R. EVID 902-Lacks self authentication; FED. R. EVID 404-character |
| 46 | King County case no. 09-2-25191-6 (Provost v. Kandi): Judgment | | FED. R. EVID 402-lacks relevance; FED. R. EVID 403-prejudicial, confusion of issues, waste of time; FED. R. EVID 802-Hearsay; FED. R. EVID 902-Lacks self authentication; FED. R. EVID 404-character |
| 47 | Pierce County case no. 06-2-11086-8 (Dalal Al-Saud v. Diversified Financial): Complaint | | FED. R. EVID 402-lacks relevance; FED. R. EVID 403-prejudicial, confusion of issues, waste of time; FED. R. EVID 802-Hearsay; FED. R. EVID 902-Lacks self authentication; FED. R. EVID 404-character |
| 48 | Pierce County case no. 08-2-07900-2 (Ridley v. Kandi): Complaint | | FED. R. EVID 402-lacks relevance; FED. R. EVID 403-prejudicial, confusion of issues, waste of time; FED. R. EVID 802-Hearsay; FED. R. EVID 902-Lacks self authentication; FED. R. EVID 404-character |
| 49 | Pierce County case no. 09-2-11247-4 Case Summary | | FED. R. EVID 402-lacks relevance; FED. R. EVID 403-prejudicial, confusion of issues, waste of time; FED. R. EVID 802-Hearsay; FED. R. EVID 902-Lacks self authentication; FED. R. EVID 404-character |
| 50 | Pierce County case no. 09-204683-8 (Marsh v. Kandi)  Case Summary | | FED. R. EVID 402-lacks relevance; FED. R. EVID 403- |

OBJECTIONS OF DEFENDANTS
JUANITA C. KANDI, EMIEL A. KANDI
and DIVERSIFIED FINANCIAL, INC.
TO PLAINTIFF'S AMENDED
EXHIBITS LIST - 9 –

MILLER, QUINLAN & AUTER, P.S., INC.
1019 Regents Blvd., Suite 204
Fircrest, WA 98466
Telephone: (253) 565-5019
Fax: (253) 564-5007

| | | | |
|---|---|---|---|
| | | | prejudicial, confusion of issues, waste of time; FED. R. EVID 802-Hearsay; FED. R. EVID 902-Lacks self authentication; FED. R. EVID 404-character |
| 51 | | Pierce County case no. 09-204683-8 (Marsh v. Kandi) Complaint | FED. R. EVID 402-lacks relevance; FED. R. EVID 403-prejudicial, confusion of issues, waste of time; FED. R. EVID 802-Hearsay; FED. R. EVID 902-Lacks self authentication; FED. R. EVID 404-character |
| 52 | | Pierce County case no. 09-2-11247-7 (Martin v. Kandi) Complaint | FED. R. EVID 402-lacks relevance; FED. R. EVID 403-prejudicial, confusion of issues, waste of time; FED. R. EVID 802-Hearsay; FED. R. EVID 902-Lacks self authentication; FED. R. EVID 404-character |
| 53 | | Letter from Emiel Kandi to David Leen | FED. R. EVID 402-lacks relevance; FED. R. EVID 403-prejudicial, confusion of issues, waste of time; FED. R. EVID 802-Hearsay; FED. R. EVID 902-Lacks self authentication; FED. R. EVID 404-character |
| 54 | | LINX name search of Defendants Kandi | FED. R. EVID 402-lacks relevance; FED. R. EVID 403-prejudicial, confusion of issues, waste of time; FED. R. EVID 802-Hearsay; FED. R. EVID 902-Lacks self authentication; FED. R. EVID 404-character |
| 55 | | Declaration of Lee Hermann | FED. R. EVID 402-lacks relevance; FED. R. EVID 403-prejudicial, confusion of issues, waste of time; FED. R. EVID 802-Hearsay; FED. R. EVID 902- |

OBJECTIONS OF DEFENDANTS
JUANITA C. KANDI, EMIEL A. KANDI
and DIVERSIFIED FINANCIAL, INC.
TO PLAINTIFF'S AMENDED
EXHIBITS LIST - 10 –

MILLER, QUINLAN & AUTER, P.S., INC.
1019 Regents Blvd., Suite 204
Fircrest, WA 98466
Telephone: (253) 565-5019
Fax: (253) 564-5007

| | | | Lacks self authentication; FED. R. EVID 404-character |
|---|---|---|---|
| 56 | Juanita Kandi's Answers to Interrogatories from state court case | | FED. R. EVID 402-lacks relevance; FED. R. EVID 403-prejudicial, confusion of issues, waste of time; FED. R. EVID 802-Hearsay; FED. R. EVID 902-Lacks self authentication FED. R. CIV. P. 26(a)(3) |
| 57 | Sprint cell phone records for no. (253) 405-6844 | | FED. R. EVID 402-lacks relevance; FED. R. EVID 403-prejudicial, confusion of issues, waste of time; FED. R. EVID 802-Hearsay |
| 58 | Qwest land line records for no (253) 565-7700 | | FED. R. EVID 402-lacks relevance; FED. R. EVID 403-prejudicial, confusion of issues, waste of time; FED. R. EVID 802-Hearsay; FED. R. EVID 902-Lacks self authentication; FED. R. EVID 404-character |
| 59 | Internet blog post by Emiel Kandi | | FED. R. EVID 402-lacks relevance; FED. R. EVID 403-prejudicial, confusion of issues, waste of time; FED. R. EVID 802-Hearsay; FED. R. EVID 902-Lacks self authentication; FED. R. EVID 404-character |

Dated this 7th day of July, 2010.

MILLER, QUINLAN & AUTER, P.S., INC.

Thomas P. Quinlan, WSBA #21325
Attorney for Defendants Kandi(s)/Diversified Financial

OBJECTIONS OF DEFENDANTS
JUANITA C. KANDI, EMIEL A. KANDI
and DIVERSIFIED FINANCIAL, INC.
TO PLAINTIFF'S AMENDED
EXHIBITS LIST - 11 –

MILLER, QUINLAN & AUTER, P.S., INC.
1019 Regents Blvd., Suite 204
Fircrest, WA 98466
Telephone: (253) 565-5019
Fax: (253) 564-5007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the State of Washington, that on the day set out below, I delivered true and correct copies of the below-referenced documents to the parties named below, along with this Certificate of Service, by the method of delivery indicated below.

### DOCUMENTS SERVED

1. OBJECTIONS OF DEFENDANTS JUANITA C. KANDI, EMIEL A. KANDI and DIVERSIFIED FINANCIAL, INC. TO PLAINTIFF'S AMENDED EXHIBITS LIST

Served Upon:

*Plaintiff Pro Se:*
Theodore Lenall Copeland
12411 Beverly Ct SW #6-I
Lakewood, WA 98499
***Service via U.S. Mail***

*Attorney for Defendant Jason M. Wong:*
Jeffrey T Kestle
Forsberg & Umlauf PS
901 5th Ave Ste 1400
Seattle, WA 98164
***Service via ECF***

SIGNED AT Fircrest, Washington on this 7th day of July, 2010.

_____
Jennifer D. Trettin, Paralegal

OBJECTIONS OF DEFENDANTS
JUANITA C. KANDI, EMIEL A. KANDI
and DIVERSIFIED FINANCIAL, INC.
TO PLAINTIFF'S AMENDED
EXHIBITS LIST - 12 –

MILLER, QUINLAN & AUTER, P.S., INC.
1019 Regents Blvd., Suite 204
Fircrest, WA 98466
Telephone: (253) 565-5019
Fax: (253) 564-5007