# LAW OFFICES OF
## MILLER, QUINLAN & AUTER, P.S., INC.
1019 REGENTS BLVD., SUITE 204
FIRCREST, WA 98466

JOHN A. MILLER
THOMAS P. QUINLAN
GINA M. AUTER

ANDREA M. DONOVAN

TELEPHONE: (253) 565-5019
FAX: (253) 564-5007
www.mqalaw.com

July 9, 2010

Honorable Elizabeth L. Perris
United States Bankruptcy Court
District of Oregon
1001 SW 5th Ave #700
Portland, OR 97204

Re: *Theodore L. Copeland vs. Emiel A. Kandi, et. al.*
**Bankruptcy Adv. No. 10-4026 ELP**

Dear Judge Perris:

Enclosed for your consideration is a *Proposed Order Re: Defendants' Motions in Limine*, which Mr. Kestle and I have endorsed. I intend to present the same on the morning of trial on Wednesday, July 14, 2010, unless you deem otherwise.

Sincerely,

MILLER, QUINLAN & AUTER, P.S., INC.

Thomas P. Quinlan

Enclosure
c.c. Clients
     Theodore Copeland
     Jeffrey T. Kestle