HONORABLE ELIZABETH L. PERRIS
CHAPTER 13
TACOMA, WA

UNITED STATES BANKRUPTCY COURT
DISTRICT OF WESTERN WASHINGTON, AT TACOMA

| | |
|---|---|
| In re:<br><br>THEODORE L. COPELAND,<br><br>Debtor, | CASE NO. 08-45008 ELP<br><br>ADVERSARY NO. 10-04026 ELP<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL DISMISSAL ON DIRECTED VERDICT** |
| THEODORE L. COPELAND,<br><br>Plaintiff,<br><br>vs.<br><br>EMIEL A. KANDI and his marital community; DIVERSIFIED FINANCIAL, INC.; JASON M. WONG; and JUANITA C. KANDI,<br><br>Defendants. | |

This matter came before the Court on Defendants Juanita Kandi, Emiel Kandi and Diversified Financial, Inc.'s Motion for directed verdict and partial dismissal of Plaintiff's claims and Complaint herein; the Defendant Jason Wong having joined in the motion relating

ORDER ON DEFENDANTS' MOTION
FOR PARTIAL DISMISSAL ON
DIRECTED VERDCT - 1 –

MILLER, QUINLAN & AUTER, P.S., INC.
1019 Regents Blvd., Suite 204
Fircrest, WA 98466
Telephone: (253) 565-5019
Fax: (253) 564-5007

to post grant of relief from stay on March 20, 2009; the Court having heard testimonial evidence presented by the Plaintiff and reviewed the exhibits of the parties admitted herein; heard the arguments of counsel in support of the same and Plaintiff in opposition; the Court having considered all relevant and admissible evidence in the light most favorable to the non-moving party-Plaintiff, and having entered findings of fact and conclusions of law on the record, which are incorporated herein pursuant o Fed. R. Bank. Proc. 7052; it is now, therefore,

ORDERED that Defendants' motion for directed verdict and partial dismissal of Plaintiff's claims and Complaint are hereby granted; it is further,

ORDERED that Plaintiff's claims against Defendants Emiel Kandi and Diversified Financial, Inc. arising out of any conduct that occurred at any time before the Plaintiff's filing for relief at approximately 1:23 p.m. on October 1, 2008 is hereby dismissed, with prejudice; it is further,

ORDERED that Plaintiff's claims against all Defendants arising out of conduct occurring between March 20, 1009 through September 9, 2009, is hereby dismissed, with prejudice; it is, further,

ORDERED that the disposition of the Plaintiff's remaining claims herein are reserved for conclusion of trial.

DATED this ____ day of July, 2010.

_____
HONORABLE ELIZABETH L. PERRIS

ORDER ON DEFENDANTS' MOTION
FOR PARTIAL DISMISSAL ON
DIRECTED VERDCT - 2 –

MILLER, QUINLAN & AUTER, P.S., INC.
1019 Regents Blvd., Suite 204
Fircrest, WA 98466
Telephone: (253) 565-5019
Fax: (253) 564-5007

Presented by:

MILLER, QUINLAN & AUTER, P.S., INC.

_____
Thomas P. Quinlan, WSBA #21325
Attorney for Defendants Kandi and
Diversified Financial, Inc.


Approved as to form/presentation waived:

FORSBERG & UMLAUF, P.S.

_____
Jeffrey P. Kestle WSBA# 29648
Attorney for Jason M. Wong


_____
Theodore L. Copeland, Plaintiff Pro Se

ORDER ON DEFENDANTS' MOTION
FOR PARTIAL DISMISSAL ON
DIRECTED VERDCT - 3 –

MILLER, QUINLAN & AUTER, P.S., INC.
1019 Regents Blvd., Suite 204
Fircrest, WA 98466
Telephone: (253) 565-5019
Fax: (253) 564-5007