Trial ( Western Dist Of WA Case Tacoma  Case No 08-45008 Adv Pro 10- 04026 Copeland v Kandi et al )

**Evidentiary Hearing:**    Yes: ☐    No: ☐

Concluded evidence except possible additional evidence from defendants re state court attorney fee itemization. Order:     state court

① By 7/21/10 Mr Copeland to identify which fees (and total) he claims are damages in this action. No fees will be awarded in this case for state court claims #3-7.

② By 7/26/10 Defendants to advise court re whether want to put on additional evidence re fees

Court to set closing argument by phone week of 8/2/10. Send notice.

Granted partially motion to dismiss claims as follows:

1. Claims against Emil Kandi & Diversified as to prepetition conduct dismissed.

2. Claims based on actions to enforce security interest by unaction during the period March 20, 2009 - Sept 9, 2009 dismissed. This order will not preclude the court from determining that forfeiture notice during that period may be unpacted by the Clarification Order on 9/9/09, including the possibility that there may be a duty to do something about the forfeiture notice after the clarifying order.

_____ issued _____ to prepare order.

Quinlan to submit order

**DOCKET ENTRY:**

# CERTIFICATE OF NOTICE

```
District/off: 0981-3          User: montezec           Page 1 of 1              Date Rcvd: Jul 19, 2010
Case: 10-04026                Form ID: pdf6            Total Noticed: 1
```

The following entities were noticed by first class mail on Jul 21, 2010.
```
 pla            Theodore Lenall Copeland,   12411 Beverly Ct SW #6-I,   Lakewood, WA   98499
```

The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 21, 2010**                        **Signature:** *Joseph Speetjens*