Theodore Lenall Copeland
12411 Beverly Ct. SW #6-I
Lakewood, WA 98499
Telephone (253) 582-4866
Pro se

HONORABLE ELIZABETH L. PERRIS
Chapter 13 Proceeding
Tacoma, WA

UNITED STATES BANKRUPTCY COURT
DISTRICT OF WESTERN WASHINGTON

In re:

THEODORE L. COPELAND

Debtor.

THEODORE L. COPELAND

Plaintiff,

EMIEL A. KANDI and his MARITAL COMMUNITY, DIVERSIFIED FINANCIAL, INC., and JASON M. WONG

Defendants.

CASE NO. 08-45008-ELP
Chapter 13

**ADVERSARY NO. 10-04026-ELP**

**PLAINTIFF'S ACCOUNTING OF INCURRED LEGAL FEES**

Plaintiff Theodore L. Copeland submits the following legal fees as damages:

$38,647.66. Breakdown of fees are attached as **Exhibit A.**

**DATED** this 21st day of July, 2010.

_____
Theodore L. Copeland, Plaintiff, Pro se

PAGE - 1 -

Theodore Lenall Copeland
12411 Beverly Ct. SW #6-I
Lakewood, WA 98499
Telephone (253) 582-4866
Pro se

# EXHIBIT A

| | DATE | WORK DONE | WORKER | HOURS BILLED | AMOUNT BILLED | ADJUSTMENTS | AMOUNT CLAIMED AS DAMAGES |
|---|---|---|---|---|---|---|---|
| 1 | 10/7/2008 | FIRST MEETING | MB | 0.80 | $180.00 | 100% | $180.00 |
| 2 | 10/8/2008 | Conduct further research | MB | 0.60 | $135.00 | 100% | $135.00 |
| 3 | 10/9/2008 | Phone conference | MB | 0.30 | $67.50 | 100% | $67.50 |
| 4 | 10/13/2008 | admin | VM | 1.50 | $202.50 | 100% | $202.50 |
| 5 | 10/13/2008 | Draft complaint, motion to set aside and dictation motion | MB | 3.20 | $720.00 | 100% | $720.00 |
| 6 | 10/14/2008 | Transcribe motion and order | VM | 1.80 | $243.00 | 100% | $243.00 |
| 7 | 10/14/2008 | Revise complain. Research bankrupcty issue | MB | 2.10 | $472.50 | 100% | $472.50 |
| 8 | 10/15/2008 | Transcribe declarations, complaint and motion | VM | 1.00 | $135.00 | 100% | $135.00 |
| 9 | 10/15/2008 | research bankruptcy issues | MB | 1.20 | $270.00 | 100% | $270.00 |
| 10 | 10/17/2008 | Made changes. Met with Copeland | VM | 2.50 | $337.50 | 100% | $337.50 |
| 11 | 10/17/2008 | Finish draft | MB | 1.20 | $270.00 | 100% | $270.00 |

| # | Date | Description | Who | Hours | Amount | % | Total |
|---|---|---|---|---|---|---|---|
| 12 | 10/17/2008 | recording fee | | | $46.00 | 100% | $46.00 |
| 13 | 10/17/2008 | filing fee | | | $200.00 | 100% | $200.00 |
| 14 | 10/24/2008 | copies 68@ $0.15 | copies | | $10.20 | 100% | $10.20 |
| 15 | 10/30/2008 | renote motion for nov.21. Mailed doc to Wong | VM | 0.70 | $94.50 | 100% | $94.50 |
| 16 | 10/30/2008 | Service issues. Call with Copeland. Call with Kandi. Talk to staff | MB | 0.60 | $135.00 | 100% | $135.00 |
| 17 | 10/31/2008 | Service related work | VM | 0.55 | $74.25 | 100% | $74.25 |
| 18 | 10/31/2008 | process servive fee | | | $70.00 | 100% | $70.00 |
| 19 | 11/4/2008 | Transcribe letters to Spencer and Wong | VM | 1.50 | $202.50 | 100% | $202.50 |
| 20 | 11/4/2008 | Work on responsive documents. | MB | 1.75 | $393.75 | 100% | $393.75 |
| 21 | 11/14/2008 | parking fee | | | $5.00 | 100% | $5.00 |
| 22 | 11/5/2008 | Work on reply brief | MB | 0.45 | $101.25 | 100% | $101.25 |
| 23 | 11/7/2008 | Work on reply brief as to motion to disqualify | MB | 0.70 | $157.50 | 100% | $157.50 |
| 24 | 11/11/2008 | Transcribe declar. Of burns. | VM | 1.80 | $243.00 | 100% | $243.00 |

| # | Date | Description | Atty | Hours | Amount | % | Total |
|---|------|-------------|------|-------|--------|---|-------|
| 25 | 11/11/2008 | Draft response to attempt to force a conflict | MB | 1.30 | $292.50 | 100% | $292.50 |
| 26 | 11/12/2008 | worked on Elliott declar. Worked on binder for motion hearing | VM | 2.00 | $270.00 | 100% | $270.00 |
| 27 | 11/12/2008 | Worked on Sukhia declaration | DSM | 0.30 | $42.00 | 100% | $42.00 |
| 28 | 11/12/2008 | Worked on Declaration on Spencer's docs.sealed docs | DSM | 0.20 | $28.00 | 100% | $28.00 |
| 29 | 11/12/2008 | Finalize docs for filing | MB | 1.00 | $225.00 | 100% | $225.00 |
| 30 | 11/13/2008 | finalize declration regarding docs received from Marla Spencer | DSM | 0.25 | $35.00 | 100% | $35.00 |
| 31 | 11/13/2008 | Review of reply concerning disqualification of counsel & prep for court | MB | 0.40 | $90.00 | 100% | $90.00 |
| 32 | 11/14/2008 | Revision order for motion | VM | 0.30 | $40.50 | 100% | $40.50 |
| 33 | 11/14/2008 | Prepare for court; Court appearance: Call to Client to discuss case | MB | 3.20 | $720.00 | 100% | $720.00 |
| 34 | 11/19/2008 | Work on reply/new motion | MB | 2.90 | $652.50 | 100% | $652.50 |
| 35 | 11/20/2008 | Called Judge Steiner's JA to strike hearing.Lwetter to wong.Call to Wong | VM | 0.90 | $121.50 | 100% | $121.50 |
| 36 | 11/24/2008 | Receive email from Copeland with proof of $460 sent to sutherland june 3rd 2008 | SG | 0.30 | $47.25 | 100% | $47.25 |
| 37 | 11/24/2008 | called to get transcript for nov 14 hearing | SG | 0.30 | $47.25 | 100% | $47.25 |

| # | Date | Description | Who | Hours | Amount | % | Total |
|---|---|---|---|---|---|---|---|
| 38 | 11/25/2008 | revised motion.Revise complaint | VM | 0.20 | $27.00 | 100% | $27.00 |
| 39 | 11/25/2008 | review client email; review Kandi's motion for relief from stay. Revised our motion | MB | 0.75 | $168.75 | 100% | $168.75 |
| 40 | 11/25/2008 | copying,mailing expenses | | | $55.30 | 100% | $55.30 |
| 41 | 11/25/2008 | Finance charge | | | $24.24 | 100% | $24.24 |
| 42 | 12/3/2008 | talked to court reporter about transcripts | SG | 0.20 | $31.50 | 100% | $31.50 |
| 43 | 12/3/2008 | talked to court reporter about transcripts | SG | 0.10 | $15.75 | 100% | $15.75 |
| 44 | 12/4/2008 | Update pleading, discovery & bankruptcy indexes: | VM | 1.25 | $168.75 | 100% | $168.75 |
| 45 | 12/4/2008 | transcript fee | | | $144.00 | 100% | $144.00 |
| 46 | 12/9/2008 | Received email or Canty's declaration | SG | 0.20 | $31.50 | 100% | $31.50 |
| 47 | 12/10/2008 | Transcribe memorandum regarding bankrupcty response | VM | 1.10 | $148.50 | 100% | $148.50 |
| 48 | 12/10/2008 | Discuss issues of bankruptcy and how it impact state case | MB | 1.30 | $292.50 | 100% | $292.50 |
| 49 | 12/10/2008 | recivied email about bankrupcty reponse | SG | 0.10 | $15.75 | 100% | $15.75 |
| 50 | 12/11/2008 | answers to interrogatories | MB | 2.20 | $495.00 | 100% | $495.00 |

| # | Date | Description | Who | Hours | Amount | % | Total |
|---|------|-------------|-----|-------|--------|---|-------|
| 51 | 12/25/2008 | copies postage | | | $17.54 | 100% | $17.54 |
| 52 | 12/25/2008 | Finance charge | | | $112.69 | 100% | $112.69 |
| 53 | 1/16/2009 | total work | | | $810.63 | 100% | $810.63 |
| 54 | 1/16/2009 | | | | $0.00 | 100% | $0.00 |
| 55 | 1/16/2009 | Finance charge | | | $106.67 | 100% | $106.67 |
| 56 | 2/11/2009 | Added Marla Spencer to complaint | SG | 1.80 | $283.50 | 100% | $283.50 |
| 57 | 2/12/2009 | Added Marla Spencer to complaint | MB | 0.40 | $90.00 | 100% | $90.00 |
| 58 | 2/12/2009 | letter to Wong re: adding Spencer | SG | 1.25 | $196.88 | 100% | $196.88 |
| 59 | 2/13/2009 | communiction with Wong | SG | 0.70 | $110.25 | 100% | $110.25 |
| 60 | 2/20/2009 | phone call to copeland | MB | 0.50 | $112.50 | 100% | $112.50 |
| 61 | 2/20/2009 | copying postage | | | $30.67 | 100% | $30.67 |
| 62 | 3/12/2009 | call with Copeland about upcoming bankrupcty hearing | MB | 0.30 | $67.50 | 100% | $67.50 |
| 63 | 3/16/2009 | Meet with client review case discuss strategy | MB | 1.30 | $292.50 | 100% | $292.50 |

| # | Date | Description | Atty | Hours | Amount | % | Total |
|---|---|---|---|---|---|---|---|
| 64 | 3/25/2009 | copies | | | $2.40 | 100% | $2.40 |
| 65 | 3/25/2009 | finanace charge | | | $144.72 | 100% | $144.72 |
| 66 | 3/26/2009 | Phone call with Wong. Meet with client. Research concerns re: forfeiture | MB | 0.90 | $202.50 | 100% | $202.50 |
| 67 | 3/30/2009 | letter to Wong re: forfeiture | SG | 0.30 | $47.25 | 100% | $47.25 |
| 68 | 4/14/2009 | witness list work | SG | 1.50 | $236.25 | 100% | $236.25 |
| 69 | 4/15/2009 | recivied email about Lopez & Marsh | SG | 0.30 | $47.25 | 100% | $47.25 |
| 70 | 4/15/2009 | witness list work | SG | 0.40 | $63.00 | 100% | $63.00 |
| 71 | 4/15/2009 | witness list work | SG | 0.60 | $94.50 | 100% | $94.50 |
| 72 | 4/15/2009 | email from client | SG | 0.10 | $15.75 | 100% | $15.75 |
| 73 | 4/17/2009 | witness list work | SG | 0.80 | $126.00 | 100% | $126.00 |
| 74 | 4/17/2009 | call from Wong | SG | 0.10 | $15.75 | 100% | $15.75 |
| 75 | 4/17/2009 | review witness list | MB | 0.30 | $67.50 | 100% | $67.50 |
| 76 | 4/25/2009 | copying postage | | | $15.97 | 100% | $15.97 |

| # | Date | Description | Atty | Hours | Amount | % | Total |
|---|---|---|---|---|---|---|---|
| 77 | 4/25/2009 | Finance charge | | | $152.11 | 100% | $152.11 |
| 78 | 4/28/2009 | deal with motion of Wong | MB | 0.20 | $45.00 | 100% | $45.00 |
| 79 | 4/28/2009 | check status of ch 13. Work or special counsel for Copeland | SG | 0.20 | $31.50 | 100% | $31.50 |
| 80 | 4/28/2009 | work seeking bankruptcy approval to rep. Copeland | SG | 1.50 | $236.25 | 100% | $236.25 |
| 81 | 4/29/2009 | reviewed Interrogatories & noice of deposition from Wong | SG | 0.20 | $31.50 | 100% | $31.50 |
| 82 | 4/29/2009 | work on interrogatories from Wong | SG | 0.30 | $47.25 | 100% | $47.25 |
| 83 | 4/29/2009 | adjust trial date | SG | 0.20 | $31.50 | 50% | $15.75 |
| 84 | 4/29/2009 | Work on appointing special counsel. Work on Kandi March 31 notice of intent | SG | 1.50 | $236.25 | 50% | $118.13 |
| 85 | 5/4/2009 | Review interrogatories & bankruptcy docs. Extensive research to drafting appropriate pleading(restrain sale) | MB | 2.40 | $540.00 | 100% | $540.00 |
| 86 | 5/5/2009 | work on case | SG | 7.80 | $1,228.50 | 25% | $307.13 |
| 87 | 5/6/2009 | discovery issues | MB | 1.70 | $382.50 | 50% | $191.25 |
| 88 | 5/6/2009 | work on case | SG | 4.40 | $693.00 | 25% | $173.25 |
| 89 | 5/7/2009 | work on case | SG | 2.90 | $456.75 | 25% | $114.19 |

| # | Date | Description | Atty | Hours | Amount | % | Total |
|---|---|---|---|---|---|---|---|
| 90 | 5/14/2009 | summary judgement work | MB | 0.50 | $112.50 | 100% | $112.50 |
| 91 | 5/14/2009 | summary judgement work | SG | 1.10 | $173.25 | 100% | $173.25 |
| 92 | 5/19/2009 | forfeiture action | JB | 3.50 | $700.00 | 100% | $700.00 |
| 93 | 5/19/2009 | restrain forfeiture | SG | 0.70 | $110.25 | 100% | $110.25 |
| 94 | 5/21/2009 | case work | SG | 0.70 | $110.25 | 100% | $110.25 |
| 95 | 5/21/2009 | summary judgement work | JB | 4.00 | $800.00 | 100% | $800.00 |
| 96 | 5/22/2009 | prep for deposition | JB | 0.95 | $190.00 | 100% | $190.00 |
| 97 | 5/25/2009 | meeting w/ client | MB | 0.95 | $213.75 | 100% | $213.75 |
| 98 | 5/26/2009 | deposition | JB | 2.50 | $500.00 | 100% | $500.00 |
| 99 | 5/27/2009 | summary judgement work | JB | 4.20 | $840.00 | 100% | $840.00 |
| 100 | 5/27/2009 | summary judgement work | SG | 1.50 | $236.25 | 100% | $236.25 |
| 101 | 5/28/2009 | motion to restrain forfeiture | JB | 3.60 | $720.00 | 100% | $720.00 |
| 102 | 5/28/2009 | case work | SG | 5.20 | $819.00 | 50% | $409.50 |

| # | Date | Description | Initials | Hours | Amount | % | Total |
|---|---|---|---|---|---|---|---|
| 103 | 5/28/2009 | summary judgement work listen to judge Snyder hearing | MB | 0.90 | $202.50 | 100% | $202.50 |
| 104 | 5/29/2009 | case work | SG | 4.60 | $724.50 | 50% | $362.25 |
| 105 | 5/29/2009 | summary judgement work | MB | 1.90 | $427.50 | 100% | $427.50 |
| 106 | 6/1/2009 | forfeiture action | JB | 2.60 | $520.00 | 100% | $520.00 |
| 107 | 6/1/2009 | forfeiture action | SG | 3.80 | $598.50 | 100% | $598.50 |
| 108 | 6/1/2009 | case work | MB | 4.20 | $945.00 | 100% | $945.00 |
| 109 | 6/3/2009 | case work | SG | 0.60 | $94.50 | 100% | $94.50 |
| 110 | 6/3/2009 | case work | MB | 0.30 | $67.50 | 100% | $67.50 |
| 111 | 6/5/2009 | forfeiture action | SG | 2.80 | $441.00 | 100% | $441.00 |
| 112 | 6/5/2009 | discovery request from wong | MB | 0.80 | $180.00 | 100% | $180.00 |
| 113 | 6/8/2009 | summary judgement work | JB | 1.30 | $260.00 | 100% | $260.00 |
| 114 | 6/8/2009 | motion to support stay | VM | 1.00 | $135.00 | 100% | $135.00 |
| 115 | 6/8/2009 | summary judgement work | SG | 1.00 | $157.50 | 100% | $157.50 |

| # | Date | Description | Atty | Hours | Amount | % | Total |
|---|---|---|---|---|---|---|---|
| 116 | 6/8/2009 | reply to support stay | MB | 2.30 | $517.50 | 100% | $517.50 |
| 117 | 6/9/2009 | work on reply | MB | 0.75 | $168.75 | 100% | $168.75 |
| 118 | 6/10/2009 | restrain forfeiture | JB | 3.20 | $640.00 | 100% | $640.00 |
| 119 | 6/10/2009 | restrain forfeiture | SG | 4.70 | $740.25 | 100% | $740.25 |
| 120 | 6/10/2009 | reply to support stay | MB | 0.40 | $90.00 | 100% | $90.00 |
| 121 | 6/11/2009 | prep hearing | JB | 1.50 | $300.00 | 100% | $300.00 |
| 122 | 6/12/2009 | court apprearance | JB | 1.50 | $300.00 | 100% | $300.00 |
| 123 | 6/15/2009 | forfeiture action | SG | 0.60 | $94.50 | 100% | $94.50 |
| 124 | 6/19/2009 | strategies | JB | 0.50 | $100.00 | 100% | $100.00 |
| 125 | 6/19/2009 | reconsideration motion | MB | 0.50 | $112.50 | 100% | $112.50 |
| 126 | 6/22/2009 | reconsideration motion | VM | 1.00 | $135.00 | 100% | $135.00 |
| 127 | 6/22/2009 | reconsideration motion | JB | 0.80 | $160.00 | 100% | $160.00 |
| 128 | 6/10/2009 | copying | | | $194.00 | 100% | $194.00 |

| # | Date | Description | Who | Hours | Amount | % | Total |
|---|------|-------------|-----|-------|--------|---|-------|
| 129 | 6/3/2009 | Finance charge | | | $267.73 | 50% | $133.87 |
| 130 | 6/29/2009 | reconsideration motion | SG | 0.20 | $31.50 | 100% | $31.50 |
| 131 | 6/30/2009 | reconsideration motion | SG | 0.40 | $63.00 | 100% | $63.00 |
| 132 | 6/30/2009 | reconsideration motion | MB | 0.35 | $78.75 | 100% | $78.75 |
| 133 | 7/1/2009 | reconsideration motion | SG | 0.60 | $94.50 | 100% | $94.50 |
| 134 | 7/9/2009 | | SG | 0.10 | $15.75 | 100% | $15.75 |
| 135 | 7/13/2009 | reconsideration motion | SG | 0.30 | $47.25 | 100% | $47.25 |
| 136 | 7/16/2009 | rrogatories from wong | JB | 1.50 | $300.00 | 100% | $300.00 |
| 137 | 7/16/2009 | reconsideration motion | SG | 0.60 | $94.50 | 100% | $94.50 |
| 138 | 7/17/2009 | reconsideration motion | SG | 0.30 | $47.25 | 100% | $47.25 |
| 139 | 7/17/2009 | prep for court | MB | 3.10 | $697.50 | 100% | $697.50 |
| 140 | 7/22/2009 | case work | JB | 1.30 | $260.00 | 100% | $260.00 |
| 141 | 7/24/2009 | case work | JB | 0.60 | $120.00 | 100% | $120.00 |

| # | Date | Description | Initials | Hours | Amount | % | Total |
|---|---|---|---|---|---|---|---|
| 142 | 6/26/2009 | copying | | | $266.85 | 100% | $266.85 |
| 143 | 7/16/2009 | Finance charge | | | $532.40 | 70% | $372.68 |
| 144 | 7/28/2009 | case work | MB | 0.80 | $180.00 | 100% | $180.00 |
| 145 | 8/6/2009 | sprint records | MB | 0.60 | $135.00 | 100% | $135.00 |
| 146 | 8/12/2009 | sprint records | SG | 0.50 | $78.75 | 100% | $78.75 |
| 147 | 8/12/2009 | bk issues | MB | 0.30 | $67.50 | 100% | $67.50 |
| 148 | 8/24/2009 | Finance charge | | | $576.51 | 70% | $403.56 |
| 149 | 9/1/2009 | case work | SG | 1.00 | $157.50 | 100% | $157.50 |
| 150 | 9/2/2009 | case work | SG | 0.50 | $78.75 | 100% | $78.75 |
| 151 | 9/2/2009 | read emails | MB | 0.40 | $90.00 | 100% | $90.00 |
| 152 | 9/4/2009 | dismiss J kandi | MB | 2.10 | $472.50 | 100% | $472.50 |
| 153 | 9/9/2009 | | VM | 1.00 | $135.00 | 100% | $135.00 |
| 154 | 9/10/2009 | reconsideration motion | SG | 0.90 | $141.75 | 100% | $141.75 |

| # | Date | Description | Who | Hours | Amount | % | Total |
|---|------|-------------|-----|-------|--------|---|-------|
| 155 | 9/10/2009 | prep for hearing | MB | 0.20 | $45.00 | 100% | $45.00 |
| 156 | 9/11/2009 | court apprearance | MB | 2.30 | $517.50 | 100% | $517.50 |
| 157 | 9/14/2009 | case work | SG | 1.10 | $173.25 | 50% | $86.63 |
| 158 | 9/15/2009 | case work | SG | 3.20 | $504.00 | 50% | $252.00 |
| 159 | 9/15/2009 | dismiss J kandi | MB | 2.40 | $540.00 | 100% | $540.00 |
| 160 | 9/16/2009 | dismiss J kandi | SG | 1.10 | $173.25 | 50% | $86.63 |
| 161 | 9/16/2009 | opposition brief | MB | 1.20 | $270.00 | 100% | $270.00 |
| 162 | 9/21/2009 | case work | SG | 1.10 | $173.25 | 100% | $173.25 |
| 163 | 9/21/2009 | response | MB | 0.50 | $112.50 | 50% | $56.25 |
| 164 | 9/25/2009 | copying. Courier service | | | $235.95 | 100% | $235.95 |
| 165 | 9/25/2009 | Finance charge | | | $591.28 | 75% | $443.46 |
| 166 | 10/9/2009 | Finance charge | | | $674.95 | 70% | $472.47 |
| 167 | 11/9/2009 | Finance charge | | | $705.72 | 60% | $423.43 |

| # | Date | Description | | | Amount | % | Total |
|---|---|---|---|---|---|---|---|
| 168 | 11/30/2009 | Finance charge | | | $737.83 | 60% | $442.70 |
| 169 | 1/8/2010 | Finance charge | | | $760.04 | 60% | $456.02 |
| 170 | 2/25/2010 | Finance charge $31,733 at 16 percent | | | $507.73 | 100% | $507.73 |
| 171 | 3/25310 | Finance charge | | | $515.86 | 100% | $515.86 |
| 172 | 4/25/2010 | Finance charge at 16% | | | $524.12 | 100% | $524.12 |
| 173 | 5/25/2010 | Finance charge at 16% | | | $532.51 | 100% | $532.51 |
| 174 | 6/7/2010 | Tom Quinlan request | SG | 0.80 | $126.00 | 100% | $126.00 |
| 175 | 6/25/2010 | copies | | | $7.50 | 100% | $7.50 |
| 176 | | **TOTAL LEGAL FEES CLAIMED AS DAMAGES** | | | | | **$38,647.66** |