Below is a Judgment of the Court.  If the judgment is for
money, the applicable judgment interest rate is: 0.27 percent.

_____
ELIZABETH PERRIS
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: | ) |
| | ) Bankruptcy Case No. |
| THEODORE LENALL COPELAND, | ) 08-45008-ELP |
| | ) |
| Debtor. | ) |
| | ) |
| THEODORE L. COPELAND, | ) Adversary No. 10-04026-ELP |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) JUDGMENT |
| | ) |
| EMIEL A. KANDI and his marital | ) |
| community, DIVERSIFIED FINANCIAL, | ) |
| INC., JASON M. WONG, and JUANITA C. | ) |
| KANDI, | ) |
| | ) |
| Defendants. | ) |
| | ) |

    This adversary proceeding came on for trial on July 14, 2010.  A

Memorandum Opinion filed contemporaneously with this judgment sets out

the court's findings of fact and conclusions of law.  For the reasons set

forth therein,

////

Page 1 -  JUDGMENT

1    IT IS HEREBY ADJUDGED THAT:

2   1.   Plaintiff Theodore Lenall Copeland shall recover $14,900 in damages,

3   payable as follows:

4        A.   Defendants Emiel Kandi and Diversified Financial, Inc. shall

5   pay $14,900.

6        B.   Defendant Jason Wong shall pay $5,000, which liability is joint

7   and several with Emiel Kandi and Diversified Financial, Inc.

8   2.   Plaintiff Theodore Lenall Copeland shall recover his costs from

9   defendants Emiel Kandi, Diversified Financial, Inc., and Jason Wong.

10  3.   The claims against defendant Juanita Kandi are DISMISSED with

11  prejudice.

12  4.   Defendants Emiel Kandi, Diversified Financial, Inc., and Juanita

13  Kandi shall dismiss their counterclaims in the Pierce County Superior

14  Court action, Copeland v. Kandi, Case No. 08-2-13603-1, within 14 days of

15  entry of this judgment.

16  5.   Defendants Emiel Kandi and Diversified Financial, Inc. shall cancel

17  the July 2009 notice of intent to forfeit within 14 days of the date of

18  entry of this judgment.

19                                   ###

20  cc:  Thomas P. Quinlan
         Jeffrey Kestle
21       Theodore L. Copeland

22

23

24

25

26


Page 2 -  JUDGMENT